**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 11-bk-60496 |
| John Cunningham } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

My Former Mailing Address was:

Name:     John Cunningham

Street:     6498 Salebrush Ct.

City, State, Zip: Westerville, OH 43081

**Please be advised that effective April 2nd, 2015**
**my new mailing address is:**

Name:     **John Cunningham**

Street:     **54 Tarragon Way**

City, State ,Zip: **Columbus, OH 43213**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on April 2nd, 2015 to the following:
**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
John Cunningham
54 Tarragon Way
Columbus, OH 43213

                              Respectfully Submitted,

                              /s/ Erin E. Schrader
                              Erin E. Schrader (0078078)
                              Rauser & Associates
                              5 East Long St., Suite 300
                              Columbus, OH 43215
                              (614) 228-4480